**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| LEE VARNER,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:16-cv-13538-NGE-MKM<br><br>Hon. Nancy G. Edwards |

**STIPULATION TO DISMISS**

NOW COME Plaintiff Lee Varner and Defendant Navient Solutions, Inc. ("Defendant"),[1] by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of this case without prejudice in favor of arbitration.[2]

Dated: November 22, 2016

| | |
|---|---|
| */s/ Adam T. Moss*<br>Adam T. Hill<br>KROHN & MOSS, LTD.<br>10 N. Dearborn St., 3rd Floor<br>Chicago, IL 60602<br>Telephone: (312) 578-9428<br>Facsimile: (866) 861-1390<br>*Attorney for Plaintiff* | */s/ Irina N. Kashcheyeva*<br>Irina N. Kashcheyeva<br>FOLEY & LARDNER LLP<br>500 Woodward Ave., Suite 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7170<br>ikashcheyeva@foley.com<br>*Attorney for Defendant* |

[1] Navient Solutions, Inc. has been improperly named as the defendant in this case. The loans at issue belong to and are being serviced by Sallie Mae Bank and, thus, the parties have agreed that Plaintiff shall commence any arbitration arising out of the servicing of the loans against Sallie Mae Bank rather than Navient Solutions, Inc.

[2] Plaintiff is a party to, and a co-signer on, a Promissory Note containing an arbitration provision encompassing the claims asserted in Plaintiff's Complaint.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| LEE VARNER,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:16-cv-13538-NGE-MKM<br><br>Hon. Nancy G. Edwards |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2016, a true and correct copy of the foregoing Stipulation to Dismiss and this Certificate of Service was served on all counsel of record via the CM/ECF system.

*/s/ Irina Kashcheyeva*
Irina N. Kashcheyeva
FOLEY & LARDNER LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Phone: (313) 234-7170
ikashcheyeva@foley.com
*Attorney for Defendant*